14 A.3d 748

IN THE MATTER OF GORDON A. WASHINGTON, AN ATTORNEY AT LAW (ATTORNEY NO. 033671985).

March 24, 2011.

**ORDER**

The Disciplinary Review Board having filed with the Court its decision in DRB 10–206, concluding that **GORDON A. WASHINGTON** of **ENGLEWOOD,** who was admitted to the bar of this State in 1985, and who has been temporarily suspended from the practice of law since May 26, 2010, should be censured for violating *RPC* 1.4(b) (failure to communicate with client) and *RPC* 8.1(b) (failure to cooperate with ethics authorities);

And **GORDON A. WASHINGTON** having been ordered to show cause why he should not be disbarred or otherwise disciplined;

And good cause appearing;

It is ORDERED that **GORDON A. WASHINGTON** is hereby censured;  and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State;  and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.